Dismissed and Memorandum Opinion filed March 8, 2007








Dismissed
and Memorandum Opinion filed March 8, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-05-00829-CV

____________

 

RUEBEN and NICOLE CASAREZ, Appellants

 

V.

 

ROBERT STOLL, Appellee

 



 

On Appeal from the
55th District Court

Harris County,
Texas

Trial Court Cause
No. 04-13358

 



 

M E M O R
A N D U M  O P I N I O N

This is
an appeal from a judgment signed July 15, 2005.  Appellee, Robert Stoll, had
petitioned for voluntary bankruptcy in the United States Bankruptcy Court for
the Southern District of Texas, under cause number 05-82713.  Because a stay is
automatically effected by Section 362(a) of the Bankruptcy Code, we stayed all
proceedings in the appeal.  See Tex.
R. App. P. 8.2.








On
January 9, 2007, the court was notified that appellee Robert Stoll was granted
a discharge under the bankruptcy code, and his case has been closed.  A
certified copy of the discharge order was provided to this court.  Accordingly,
on February 1, 2007, we reinstated this appeal.[1] 
No briefs have been filed in this appeal.  When the appeal was reinstated, the
court notified the parties that unless any party filed a response by February
15, 2007, demonstrating grounds for continuing this appeal, the court would
dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).  No response was filed.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed March
8, 2007.

Panel consists of Chief Justice Hedges and Justices
Fowler and Edelman.









[1]  Appellants=
appeal against Alltec Construction Co., Inc. remains pending before this court
under the severed case number 14-07-00068-CV.